H. Grant Law (SBN: 144505)
hlaw@shb.com
Amir M. Nassihi (SBN: 235936)
anassihi@shb.com
Joan R. Camagong (SBN: 288217)
jcamagong@shb.com
Melina Manetti (SBN: 318350)
mmanetti@shb.com
**SHOOK, HARDY & BACON L.L.P.**
555 Mission Street, Suite 2300
San Francisco, CA 94105
TEL: (415) 544-1900 | FAX: (415) 391-0281

Attorneys for Defendant
FORD MOTOR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLYN TICE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation; THE HERTZ CORPORATION, and DOES 1- 100, inclusive,<br><br>　　　　Defendants. | Case No. 4:21-cv-10094-HSG<br><br>**ORDER GRANTING REVISED CASE MANAGEMENT SCHEDULE**<br><br>*Filed concurrently with Proposed Order Granting Revised Case Management Schedule*<br><br>Complaint Filed:  August 27, 2021 |

The initial case management conference in this matter was held on April 12, 2022.  Having considered the parties' stipulated request to revise the Scheduling Order, the Court sets the following revised deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-20:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | June 12, 2023 |
| Close of Fact Discovery | August 9, 2023 |
| Exchange of Opening Expert Reports | August 23, 2023 |
| Exchange of Rebuttal Expert Reports | October 4, 2023 |
| Close of Expert Discovery | October 23, 2023 |

1

| Event | Deadline |
|---|---|
| Dispositive and *Daubert* Motions | October 30, 2023 |
| Oppositions to Dispositive and *Daubert* Motions | November 20, 2023 |
| Replies to Dispositive and *Daubert* Motions | December 11, 2023 |
| Hearing on Dispositive and *Daubert* Motions | January 25, 2024, at 2:00 p.m. |
| Pretrial Conference | April 23, 2024, at 3:00 p.m. |
| Jury Trial (10 days) | May 13, 2024, at 8:30 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

The parties to this action have stipulated to requesting a Revised Case Management Schedule due to common scheduling difficulties. This Court finds that good cause exists to grant this request.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  11/23/2022

_____
The Honorable Haywood S. Gilliam, Jr.
Judge of the District Court,
 Northern District of California